UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY WEN,<br><br>　　Plaintiff,<br><br>　v.<br><br>GRANT COUNTY, et al.,<br><br>　　Defendants. | NO. CV-10-0147-JLQ<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS AND DIRECTING ENTRY OF JUDGMENT** |

　　BEFORE THE COURT is the parties' "Stipulation for Order of Dismissal with Prejudice and Without Costs or Fees" (ECF No. 26) wherein Plaintiff agrees to dismiss all claims with prejudice, Defendants agree not to pursue any claim against Plaintiff for costs or fees associated with this lawsuit, and the parties agree to bear their own costs and attorneys' fees. Accordingly,

　　**IT IS HEREBY ORDERED**:

　　1. The Stipulated Motion for Dismissal (ECF No. 26) is **GRANTED**.

　　2. The Clerk of this court shall enter judgment of dismissal **with** prejudice of the Amended Complaint (ECF No. 23) and the claims therein. The Judgment shall be without costs or attorneys fees to any party.

　　**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order, enter judgment of dismissal, and furnish copies to counsel, and close this file.

　　**DATED** this 9th day of June, 2011.

　　　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1